RELLIM CONSTRUCTION COMPANY, Appellant, v. AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.— On the particular facts disclosed, the determination of the Appellate Term, the order of the Municipal Court entered August 17, 1942, insofar as it denies plaintiff's motion for summary judgment, or for partial summary judgment, the order of the Municipal Court entered August 19, 1942, granting defendant's motion for summary judgment dismissing the complaint and the judgment entered thereon, are unanimously reversed, without costs, and the plaintiff's motion for partial summary judgment granted in the sum of $133.48, with interest from November 29, 1940. Settle order on notice. Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against MAURICE HUDSON, as President of Local Union No. 891 of the International Union of Operating Engineers, A. F. of L., Respondents, and JOHN BLACK, JR., et al., Appellants.— Order, so far as appealed from affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse and deny petitioner's application and to grant the cross motion made by Local Union No. 891 and other respondents.

In the Matter of the Accounting of FRIEND L. TUTTLE et al., as Executors of PERRY J. FULLER, Deceased. FRIEND L. TUTTLE, Appellant; C. H. DOUGLAS, Individually and as Executor of EMMA F. DOUGLAS, Deceased, et al., Respondents.— While we are in sympathy with the views expressed by the Surrogate in fixing the rate of interest at 3¾%, still we feel that the provisions of section 480 of the Civil Practice Act are mandatory and as a consequence we are constrained to modify the decree by increasing the rate of interest to 6% per annum upon the principal sum awarded. Decree, so far as appealed from, unanimously modified by increasing the rate of interest to 6% per annum upon the principal sum awarded, and as so modified affirmed, with costs to the appellant. Order entered September 16, 1941, unanimously affirmed, with twenty dollars costs and disbursements to the respondents. Settle order on notice. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

JOHN A. McGUIRE, Appellant, v. CHURCHILL'S RESTAURANT, INC., Respondent, et al., Defendants.— Judgment, and order denying plaintiff's motion to set aside the verdict of the jury on the ground of inadequacy, unanimously reversed and said motion granted and a new trial ordered, with costs to the appellant to abide the event, unless the defendant Churchill's Restaurant, Inc., stipulates to increase the judgment in favor of the plaintiff from $2,500 to $4,000 together with costs at Trial Term; in which event the judgment and the order as so modified are affirmed, without costs of this appeal. (See *Whitehorn* v. *Tratval Corp.*, 259 App. Div. 816.) Settle order on notice. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.